## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

VICTOR PADI TCHIKAYA,      :

   Petitioner,      :

vs.      :      CA 08-0581-KD-C

MICHAEL B. MUKASEY, et al., :

   Respondents.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 10, 2009 is **ADOPTED** as the opinion of this Court.

**DONE** this 6th day of April, 2009.

      /s/ Kristi K. DuBose
      **KRISTI K. DuBOSE**
      **UNITED STATES DISTRICT JUDGE**